UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                              CASE NO.: 6:15-bk-02930-KSJ
                                                    Chapter 13

Maxi Joel Arias,
Debtor(s)

_____/

## DEBTOR'S RESPONSE TO MOTION TO DISMISS
## FOR FAILURE TO MAINTAIN TIMELY PLAN PAYMENTS

**COME NOW** the Debtor(s), Maxi Joel Arias, by and through the undersigned attorney, and would show:

1. On December 13, 2018, the Trustee's office filed a Motion to Dismiss for Failure to Maintain Timely Plan Payments. (Doc. No. 71)

2. The Debtor states that he will send the following payments thru TFS to become current on the dates listed below:

   *Scheduled on December 28, 2018 in the amount of $1,000.00.
   *Scheduled for January 5, 2019 in the amount of $2,997.00.

3. This will cure the delinquent amount.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response has been furnished via U.S. Mail to:

**Trustee:** Laurie K. Weatherford: through Electronic Case Filing;
**Debtor:** Maxi Joel Arias, 465 E. South Street, Unit 5, Orlando, FL 32801

this 3rd day of January, 2019.

Respectfully submitted,

/s/ WALTER F. BENENATI
WALTER F. BENENATI, ESQ.
Florida Bar No.:  46679
Law Offices of Walter F. Benenati
2702 East Robinson Street
Orlando, Florida 32803
(407) 777-7777
(407) 236-7667
Email: wfb@777lawfirm.com
Attorney for Debtor(s)